**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**B.K.V., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Tello's** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **04-3136159** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**161B Pleasant Street**<br>**Lynn, MA**<br>ZIPCODE **01901** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Essex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**161B Pleasant Street, Lynn, MA**     ZIPCODE **01901**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                               Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer      ☑ Debts are primarily<br>debts, defined in 11 U.S.C.           business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**B.K.V., Inc.** |
|---|---|

<table>
<tr><td colspan="3"><b>Prior Bankruptcy Case Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br><span style="font-size:smaller">Signature of Attorney for Debtor(s)          Date</span></td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **B.K.V., Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br> X _____ <br> Signature of Joint Debtor <br><br> Telephone Number (If not represented by attorney) <br><br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only **one** box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> Printed Name of Foreign Representative <br><br> Date |
| **Signature of Attorney*** <br><br> X *(signature)* <br> Signature of Attorney for Debtor(s) <br><br> **Adam J. Ruttenberg 553158** <br> **Looney & Grossman, LLP** <br> **101 Arch Street** <br> **Boston, MA 02110-1130** <br> **(617) 951-2800  Fax: (617) 951-2819** <br><br> 3-18-10 <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** <br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X *(signature)* 3-18-10 <br> Signature of Authorized Individual <br> **Kirk A. Vitello** <br> Printed Name of Authorized Individual <br> **President** <br> Title of Authorized Individual <br> 3-18-10 <br> Date | X _____ <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Date <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

## B.K.V., INC.

### CONSENT OF DIRECTORS

The undersigned, being the directors of B.K.V., Inc., a Massachusetts corporation (the "Corporation"), hereby adopt, pursuant to M.G.L c. 156D, § 8.21, the following resolutions and hereby direct that the same be filed with the minutes of the meetings of directors of the Corporation as though voted and resolved at a regularly scheduled and noticed meeting of said directors, to wit:

VOTED:    That Kirk Vitello, the president of the Corporation, be, and hereby is, authorized, empowered and directed in his discretion to execute and file in the United States Bankruptcy Court for the District of Massachusetts, a Petition under Chapters 11 or 7 of Title 11 of the United States Code on behalf of the Corporation, and to execute such other petitions, papers and documents as he may deem necessary or appropriate in order to effect the reorganization or liquidation of the Corporation, and that his execution of said petitions, papers and documents shall be sufficient evidence of the exercise of the discretion granted hereby, and further that the law firm of Looney & Grossman LLP, 101 Arch Street, Boston, Massachusetts, be, and hereby is, employed to represent the Corporation in connection with all matters pertaining to any proceeding commenced under Title 11 of the United States Code, as well as in connection with all other matters for which the Corporation may need legal advice or representation.

_____
Kirk Vitello
Director

Date: February _____, 2010

_____
Angelo Vitello
Director

Date: February _____, 2010

L://7190/010/doc/00

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 11 |
| B.K.V. Inc., d/b/a Tello's | ) Case No. 10-_____-___ |
| | ) |
| Debtors. | ) |
| | ) |

## STATEMENT PURSUANT TO RULE 2016(b)

The undersigned, pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), hereby state that:

1.  The undersigned are the attorneys for each debtor in this case.

2.  The compensation agreed to be paid by the debtor to the undersigned is fees for legal services rendered on an hourly basis, plus costs incurred. Within one year before the filing of the debtor's bankruptcy petition, the debtor paid the undersigned the aggregate sum of $69,849 65 of which $48,872 constitutes fees incurred prior to the date of the filing of this case, $1,039 constitutes the filing fee, and $19,938.65 constitutes a retainer deposited with the undersigned.

3.  The services previously rendered include the analysis of the financial situation, negotiating with creditors, trying to work out a solution outside of bankruptcy, and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11, U.S.C., as well as the preparation of the petition and other documents required by the Court. The services to be rendered after the filing of the petition include the representation of the debtor throughout the reorganization process.

4.  The source of payments made by the debtor to the undersigned was from operating cash.

5.  In the past year, the undersigned has received no transfer, assignment or pledge of property from the debtor, except as indicated above.

6.  The undersigned have not shared, or agreed to share any compensation with any other person, other than with members of the undersigned's law firm.

Attorney for Debtor:  _____

Stewart F. Grossman (BBO #213280)
Adam J. Ruttenberg (BBO #553158)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

Dated:  March 19, 2010

L:\7190\000\Pleadings Bankruptcy\00

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Massachusetts

IN RE:                                                        Case No. _____

B.K.V., Inc. _____    Chapter **11** _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| 395 Lynnway LLC<br>P.O. Box 1123<br>Marblehead, MA 01945 | Richard Briansky, Esq.<br>Prince, Lobel, Glovsky & Tye LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114 | | | 160,720.18 |
| Neeso Jeans<br>1407 Broadway, Suite 1207<br>New York, NY 10018 | | | | 98,432.00 |
| Connection 18<br>1407 Broadway<br>New York, NY 10018 | | | | 96,586.05 |
| Isacc Imports, Inc.<br>1407 Broadway, Suite 1416<br>New York, NY 10018 | | | | 81,803.21 |
| JPL Development Limited Partnership<br>P.O. Box 470496<br>Brookline, MA 02447 | | | | 62,335.48 |
| Jeans City USA<br>2630 West 81st Street<br>Hialeah, FL 33016 | | | | 61,344.00 |
| Square One Mall<br>Attn: Mall Management<br>Route One South<br>Saugus, MA 01960 | | | | 58,447.94 |
| Poof! Apparel Corporation<br>1466 Broadway, Suite 1503<br>New York, NY 10036 | | | | 58,202.52 |
| Mango USA, Inc.<br>5620 1st Avenue<br>Brooklyn, MA 11220 | | | | 55,065.00 |
| Cesem<br>754-1 E. 12th Street<br>Los Angeles, CA 90021 | | | | 47,192.25 |
| 2A, Inc.<br>521 E. 11th Street, #8<br>Los Angeles, CA 90015 | | | | 45,848.50 |
| Shuman Company, Inc.<br>P.O. Box 208<br>E. Walpole, MA 02032 | | | | 45,234.52 |
| Princess, Inc.<br>1407 Broadway, Suite 2319<br>New York, NY 10018 | | | | 40,014.00 |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| Sweeney Transportation<br>2073 Westover Road<br>Chicopee, MA 01022 | 39,018.40 |
| J.C.S. Apparel Group, Inc.<br>1407 Broadway, Suite 202<br>New York, NY 10018 | 38,878.50 |
| Belinda<br>1138 S. Crocker Street<br>Los Angeles, CA 90021 | 38,853.75 |
| Eddie Domani Inc.<br>1935 Third Avenue<br>New York, NY 10029 | 38,304.00 |
| Harvic International LTD.<br>10 West 33rd St., Suite 508<br>New York, NY 10001 | 37,053.00 |
| Orange<br>750 East 12th Street, #2<br>Los Angeles, CA 90021 | 34,331.25 |
| One Step Up Ltd.<br>1412 Broadway, 3rd Floor<br>New York, NY 10018 | 34,324.50 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____    Signature: _____

**Kirk A. Vitello, President**
_____
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Massachusetts

IN RE:

B.K.V., Inc.

Case No. _____

Chapter **11** _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Kirk Vitello**<br>**111 Church St.**<br>**Winchester, MA 01890** | **100** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only